**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 619 EAL 2019

         Respondent               :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

         v.                        :

                                      :

KEITH BECKHAM,                 :

                                      :

         Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 5th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.